SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
ROBERT CAULEY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CAULEY,<br><br>        Plaintiff,<br><br>vs.<br><br>SOUTH CITY GAS, INC.; HUMBERTO FLORES; DUC TRAN, AS TRUSTEE OF THE MDRLL TRUST; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:22-cv-05117-DSF (AFMx)**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS SOUTH CITY GAS, INC. AND HUMBERTO FLORES** |

**PLEASE TAKE NOTICE** that Plaintiff ROBERT CAULEY ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses Defendants SOUTH CITY GAS, INC. and HUMBERTO FLORES ("Defendants") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, Defendants may be dismissed without an Order of the Court.

DATED: September 8, 2022              SO. CAL. EQUAL ACCESS GROUP


By:   */s/   Jason J. Kim*
      Jason J. Kim
      Attorneys for Plaintiff